JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6378 / Fax: 702.388.6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00815-BNW |
| Plaintiff, | **Motion to Dismiss the Complaint Without Prejudice** |
| v. | |
| DANIEL MARTINEZ-PEREZ,<br>  aka "Daniel Martinez Perez,"<br>  aka "Daniel Martinez," | |
| Defendant. | |

On October 19, 2022, the Court issued a single-count Complaint in this case charging Defendant Daniel Martinez-Perez with Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326(a) and (b). The defendant is presently detained on this matter, pending his initial appearance.

Pursuant to Federal Rule of Criminal Procedure 48(a), the Government requests permission of the Court to dismiss without prejudice the Complaint.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted this 25th day of October, 2022.

        JASON M. FRIERSON
        United States Attorney

        */s/ Jared L. Grimmer*
        JARED L. GRIMMER
        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DANIEL MARTINEZ-PEREZ,<br>   aka "Daniel Martinez Perez,"<br>   aka "Daniel Martinez,"<br><br>        Defendant. | Case No. 2:22-mj-00815-BNW<br><br>**Order of Dismissal of the Complaint Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Complaint against Defendant Daniel Martinez-Perez.

JASON M. FRIERSON
United States Attorney

*/s/ Jared L. Grimmer*
JARED L. GRIMMER
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __25th__ day of __October__, 2022.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE